FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2000

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LENOIS KING                                                    PLAINTIFF

V.                                  4:00CV000695 JMM

BILL SIMPSON, ET AL.                                        DEFENDANTS

## ORDER

On July 13, 2000, Plaintiff filed *King v. Simpson, et al.*, 4:00CV00552 (*"King I"*), which is currently pending in this District before Chief Judge Susan W. Wright. In that action, Plaintiff claimed that on September 2, 1999, Defendants, who are members of the Little Rock Police Department, falsely arrested him. On September 20, 2000, Plaintiff filed this action (*"King II"*), in which he makes the same claims against the same Defendants.

Pursuant to 28 U.S.C. § 1915A, a district court must review "a complaint in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity" and dismiss the action if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from an immune defendant. In *Aziz v. Burrows*, 976 F.2d 1158 (8th Cir.1992), the Eighth Circuit held that a court may dismiss an inmate's action as "frivolous" if it is a "duplicative complaint raising issues directly related to issues in another pending action brought by the same party." *See also Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975). After reviewing the Complaints Plaintiff filed in *King I* and *II*, the Court concludes that the second action is duplicative, and therefore, should be dismissed as frivolous.

IT IS THEREFORE ORDERED THAT the Complaint (docket entry #1) be DISMISSED WITH PREJUDICE and all relief sought is denied. Judgment will be entered accordingly.

Dated this 30 day of _____ Oct _____, 2000.

_____
James M. Moody
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10/30/00 BY ab

F I L E   C O P Y

ah

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 30, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00695.

True and correct copies of the attached were mailed by the clerk to the following:

    Lenois King (appeals package)
    PULCJ
    Pulaski County Detention Facility
    3201 West Roosevelt Road
    Little Rock, AR   72204

    press, post

James W. McCormack, Clerk

A Hensley

Date:  10/30/00                              BY: _____